

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-14-00009-CR

---

JAMES CHARLES BEDREE, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

---

On Appeal from the 181st District Court
Randall County, Texas
Trial Court No. 23,626-B, Honorable John B. Board, Presiding

---

February 26, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Appellant, James Charles Bedree, appeals his conviction for indecency with a child. The certification of right to appeal executed by the trial court states that this "is a plea bargain case, and the defendant has NO right of appeal." This circumstance was brought to the attention of appellant and opportunity was granted him to obtain an amended certification entitling him to appeal. No such certification was received within the time we allotted. Having received no amended certification, we dismiss the appeal per Texas Rule of Appellate Procedure 25.2(d).

Per Curiam

Do not publish.